## UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

(BRIDGEPORT)

| | |
|---|---|
| Danielle Wright,<br><br>      Plaintiff,<br><br>   vs.<br><br>Equifax Information Services, LLC,<br>a Georgia limited liability company,<br><br>Trans Union, LLC,<br>a Delaware limited liability company, and<br><br>The United Illuminating Company,<br>a Connecticut company,<br><br>      Defendants. | Case No.:<br><br><br><br>**COMPLAINT**<br><br><br>**JURY TRIAL DEMAND** |

NOW COMES THE PLAINTIFF, DANIELLE WRIGHT, BY AND THROUGH COUNSEL, and for her Complaint against the Defendants, pleads as follows:

### JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq.* [hereinafter "FCRA"]).

## VENUE

3. Venue is proper in the District of Connecticut as the Defendants conduct business in the state of Connecticut.

## PARTIES

4. Plaintiff is a natural person residing in Shelton, Fairfield County, Connecticut.

5. The Defendants to this lawsuit are:

    a. Equifax Information Services, LLC ("Equifax") is a Georgia limited liability company that conducts business in the state of Connecticut;

    b. Trans Union, LLC ("Trans Union") is a Delaware limited liability company that conducts business in the state of Connecticut; and

    c. The United Illuminating Company ("United Illuminating") is a Connecticut company that conducts business in the state of Connecticut.

## GENERAL ALLEGATIONS

6. United Illuminating is incorrectly reporting its trade line ("Errant Trade Line") on Ms. Wright's Equifax and Trans Union credit files by failing to report that the account was discharged in bankruptcy.

7. Prior to February 24, 2012, Ms. Wright filed for Chapter 7 bankruptcy.

8. On February 24, 2012, Ms. Wright obtained a discharge from the bankruptcy court.

9. On October 4, 2017, Ms. Wright obtained her credit files and noticed the Errant Trade Line reporting.

10. On or about October 24, 2017, Ms. Wright submitted letters to Equifax and Trans Union disputing the Errant Trade Line.

11. In these dispute letters, Ms. Wright explained that her Chapter 7 bankruptcy was discharged, attached an order of discharge and asked the credit bureaus to report the Errant Trade Line as discharged in bankruptcy.

12. Upon information and belief, Equifax and Trans Union forwarded Ms. Wright's consumer dispute to United Illuminating.

13. On November 4, 2017, Ms. Wright received a correspondence from Trans Union requesting documents to verify her current mailing address in order to send her its investigation results.

14. Ms. Wright did not receive Equifax's investigation results, so on December 13, 2017, she obtained her Equifax credit file which showed that the Errant Trade Line continued to report without indicating that the trade line was discharged in bankruptcy.

15. Ms. Wright did not receive Trans Union's investigation results, so on December 13, 2017, she obtained her Trans Union credit file which showed that the Errant Trade Line continued to report without indicating that the trade line was discharged in bankruptcy.

16. As a direct and proximate cause of the Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, Plaintiff has suffered credit and emotional damages. Due to the Defendants' failure to correct the errors in her credit file, Plaintiff has been forced to refrain from applying for new credit or more favorable terms on existing credit lines. Plaintiff has also experienced undue stress and anxiety due to Defendants' failure to correct the errors in her credit file or improve her financial situation by obtaining new or more favorable credit terms as a result of the Defendants' violations of the FCRA.

## COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY UNITED ILLUMINATING

17. Plaintiff realleges the above paragraphs as if recited verbatim.

18. After being informed by Equifax and Trans Union of Ms. Wright's consumer dispute of the Errant Trade Line, United Illuminating negligently failed to conduct a proper investigation of Ms. Wright's dispute as required by 15 USC 1681s-2(b).

19. United Illuminating negligently failed to review all relevant information available to it and provided by Equifax and Trans Union in conducting its reinvestigation as required by 15 USC 1681s-2(b), and failed to direct Equifax and Trans Union to report the Errant Trade Line as discharged in bankruptcy.

20. The Errant Trade Line is inaccurate and creating a misleading impression on Ms. Wright's consumer credit files with Equifax and Trans Union to which it is reporting such trade line.

21. As a direct and proximate cause of United Illuminating's negligent failure to perform its duties under the FCRA, Ms. Wright has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

22. United Illuminating is liable to Ms. Wright by reason of its violations of the FCRA in an amount to be determined by the trier fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

23. Ms. Wright has a private right of action to assert claims against United Illuminating arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against the Defendant United Illuminating for damages, costs, interest, and attorneys' fees.

## COUNT II

## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY UNITED ILLUMINATING

24. Plaintiff realleges the above paragraphs as if recited verbatim.

25. After being informed by Equifax and Trans Union that Ms. Wright disputed the accuracy of the information it was providing, United Illuminating willfully failed to conduct a proper reinvestigation of Ms. Wright's dispute, and willfully failed to direct Equifax and Trans Union to report the Errant Trade Line as discharged in bankruptcy.

26. United Illuminating willfully failed to review all relevant information available to it and provided by Equifax and Trans Union as required by 15 USC 1681s-2(b).

27. As a direct and proximate cause of United Illuminating's willful failure to perform its duties under the FCRA, Ms. Wright has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

28. United Illuminating is liable to Ms. Wright for either statutory damages or actual damages she has sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as reasonable attorneys' fees and she may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against the Defendant United Illuminating for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## COUNT III

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX

29. Plaintiff realleges the above paragraphs as if recited verbatim.

30. Defendant Equifax prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Wright as defined in 15 USC 1681a.

31. Such reports contained information about Ms. Wright that was false, misleading, and inaccurate.

32. Equifax negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Wright, in violation of 15 USC 1681e(b).

33. After receiving Ms. Wright's consumer dispute to the Errant Trade Line, Equifax negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

34. As a direct and proximate cause of Equifax's negligent failure to perform its duties under the FCRA, Ms. Wright has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

35. Equifax is liable to Ms. Wright by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Equifax for actual damages, costs, interest, and attorneys' fees.

## COUNT IV

## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX

36. Plaintiff realleges the above paragraphs as if recited verbatim.

37. Defendant Equifax prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Wright as defined in 15 USC 1681a.

38. Such reports contained information about Ms. Wright that was false, misleading, and inaccurate.

39. Equifax willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Ms. Wright, in violation of 15 USC 1681e(b).

40. After receiving Ms. Wright's consumer dispute to the Errant Trade Line, Equifax willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

41. As a direct and proximate cause of Equifax's willful failure to perform its duties under the FCRA, Mr. Wright has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

42. Equifax is liable to Mr. Wright by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with his reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Defendant Equifax for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

## COUNT V

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

43. Plaintiff realleges the above paragraphs as if recited verbatim.

44. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Wright as that term is defined in 15 USC 1681a.

45. Such reports contained information about Ms. Wright that was false, misleading, and inaccurate.

46. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Wright, in violation of 15 USC 1681e(b).

47. After receiving Ms. Wright's consumer dispute to the Errant Trade Line, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

48. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Ms. Wright has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

49. Trans Union is liable to Ms. Wright by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for actual damages, costs, interest, and attorneys' fees.

## COUNT VI

## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

50. Plaintiff realleges the above paragraphs as if recited verbatim.

51. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Wright as that term is defined in 15 USC 1681a.

52. Such reports contained information about Ms. Wright that was false, misleading, and inaccurate.

53. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Ms. Wright, in violation of 15 USC 1681e(b).

54. After receiving Ms. Wright's consumer dispute to the Errant Trade Line, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

55. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Ms. Wright has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

56. Trans Union is liable to Ms. Wright by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Defendant Trans Union for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: January 22, 2018

By: */s/ Louis Gentile*
 Louis Gentile, Esq.
Attorneys for Plaintiff, Danielle Wright
Credit Repair Lawyers of America
966 Silas Deane Hwy. Suite B-7
Wethersfield, CT 06109
(203) 417-2539
Louis.a.gentile@gmail.com
Fax (248) 353-4840
Toll free (888) 293-2882